**TREEHOUSE LAW, LLP**
Benjamin Heikali (SBN 307466)
Ruhandy Glezakos (SBN 307473)
Joshua Nassir (SBN 318344)
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
bheikali@treehouselaw.com
rglezakos@treehouselaw.com
jnassir@treehouselaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paige Vasseur, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Reckitt Benckiser LLC,<br><br>Defendant. | CASE NO. 2:23−cv−09899−HDV−AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Paige Vasseur ("Plaintiff"), by and through her counsel of record, hereby voluntarily dismisses all her claims in the above-captioned action, with prejudice, against Reckitt Benckiser LLC ("Defendant").

Defendant has not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiff may dismiss her claims in this action against Defendant under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: December 18, 2023

**TREEHOUSE LAW, LLP**

By: /s/ Benjamin Heikali

Benjamin Heikali (SBN 307466)
Ruhandy Glezakos (SBN 307473)
Joshua Nassir (SBN 318344)
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
bheikali@treehouselaw.com
rglezakos@treehouselaw.com
jnassir@treehouselaw.com

*Attorneys for Plaintiff*